# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LAWRENCE R. WILDEBAUR,<br><br>   Defendant. | Case No.  1:20-po-00187-SAB<br><br>ORDER AMENDING DEFENDANT INFORMATION ON CITATION NO. CA82955180 AND DIRECTING CLERK OF THE COURT TO SEND A COPY OF THIS ORDER TO THE CENTRAL VIOLATIONS BUREAU |

On June 28, 2020, citation no CA82955180 was issued for a vehicle that was parked in a red fire lane and impeding traffic. The citation was issue to Lawrence Wildebaur, the registered owner, and left on the vehicle. On August 27, 2020, Brenda Simmons made an initial appearance on the citation, stating that she was the driver of the vehicle on July 28, 2020 and would take responsibility for the citation.

According, IT IS HEREBY ORDERED that the defendant information in the above referenced action shall amended as follows:

Brenda Simmons, CDL#B6710408
26159 Rd 108
Tulare, CA 93274

The Clerk of the Court is directed to send a copy of this order to the Central Violations Bureau.

IT IS SO ORDERED.

Dated:  **September 4, 2020**

UNITED STATES MAGISTRATE JUDGE

1